Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT AT DANVILLE, VA FILED APR 15 2008 JOHN F. CORCORAN, CLERK BY: H McDonald DEPUTY CLERK

United States of America
v.
JOHN CHRISTOPHER OULDS

Case No: 4:04CR00007-001
USM No: 10887-084

Date of Previous Judgment: 5/3/05
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

AMENDED **Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ **DENIED.**  ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of *84 months **is reduced to** 69.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 23          Amended Offense Level: 21
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 92 to 115 months    Amended Guideline Range: 77 to 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated 5/3/05 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-15-08

Judge's signature

Effective Date: _____
(if different from order date)

Senior United States District Judge Jackson L. Kiser
Printed name and title

Case 4:04-cr-00007-JLK   Document 46   Filed 04/15/08   Page 1 of 1   Pageid#: 79